UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETR K. BESSMERTNYY,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Respondent. | Case No.: 3:21-cv-779-L-LL<br><br>**ORDER ON EX PARTE MOTION (ECF 5)** |

Pending before the Court is an ex parte motion to continue the briefing schedule on the habeas petition. (ECF 5). Respondent's counsel miscalendared the response deadline. (ECF 5-1). The requested extension will not result in undue prejudice. The delay is short and will not have a significant impact on the case. There is also nothing to suggest Respondent acted in bad faith. The Court therefore **GRANTS** the ex parte motion. *See Laurino v. Syringa Gen. Hosp.*, 279 F.3d 750, 753 (9th Cir. 2002); Hon. M. James Lorenz Standing Order for Civil Cases ("the court will rule upon simple administrative requests without requiring a response from the opposing party. If a party intends to oppose, the party must immediately contact chambers and request an opportunity to file an opposition.")

///
///
///
///

    Respondent has until **July 9, 2021** to file and serve a response, if any, which shall include all relevant documents. Petitioner has until **August 9, 2021** to file and serve a traverse, if any. The Court will decide the matter on the papers submitted without oral argument. *See* Civ. L. R. 7.1.

    **IT IS SO ORDERED**.

Dated: June 10, 2021

_____
Hon. M. James Lorenz
United States District Judge